Lenore L. Albert
14272 Hoover Street #69
Westminster, CA 92683
Ph: 424-365-0741
Email: lenorealbert@msn.com
Plaintiff, pro per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORE ALBERT, an individual;<br><br>    Plaintiff(s),<br>vs.<br><br>ANTHONY TROY WILLIAMS, et al.,<br>    Defendants. | CASE NO. 8:18-cv-00448-CJC-JDE<br><br>**PLAINTIFF'S WITHDRAWEL OF MOTION TO COMPEL SET FOR 11/29/18**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]."]<br><br>**Hearing Date: November 29, 2018<br>Time: 10:00AM<br>Crtm: 6A Hon. John D. Early** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT PLAINTIFF Lenore Albert, hereby withdraws her motion to Compel Disclosures and Sanctions set for November 29, 2018 at 10:00AM before the Hon. John D. Early in courtroom 6A of the United States District Court for the Central District of California located at 411 West Fourth Street, Santa Ana, CA 92701. The withdrawal is based on the magistrate judge's ruling in this matter.

Dated:  October 30, 2018         Respectfully Submitted,

                    /s/ Lenore L. Albert_____

                    Lenore L. Albert
                    Plaintiff, pro se

**1**
**PLAINTIFF'S WITHDRAWEL OF MOTION TO COMPEL SET FOR 11/29/18**
Albert v Williams, et al     18-cv-0448-CJC

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and I am employed in Orange County, California; my business address is 14272 Hoover Street #69, Westminster, California 92683.

On October 30, 2018, I served a copy of the following document(s) described as:

**PLAINTIFF'S WITHDRAWEL OF MOTION TO COMPEL SET FOR 11/29/18**

On the interested parties in this action as follows:

<u>State Bar of California, Caitlin Elen Morin, Maricruz Farfan, Timothy Byer, Hon. Yvette Roland, Alex Hackert, State Bar Employee</u>
Suzanne Grandt, Esq. by ECF
Greg Diamond, pro per by ECF
Devin Lucas, pro per by ECF
 [x] BY CM/ECF* – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth pursuant to FRCP 5(d)(1).
Nira Woods by email
Pam Ragland by email
[x] BY EMAIL – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth herein.
I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: October 30, 2018

        s/ Lenore Albert_____
         Lenore Albert *

*Ed Garza for US mailing. Lenore Albert ECF for filing and ECF service.